IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL JAMES ENDICOTT,<br><br>Plaintiff,<br><br>vs.<br><br>INS "PEREZ", Immigration & Naturalization Service Officer; F. GERARD HEINAUER, District Director; and U.S. CUSTOMS IMMIGRATION SERVICES,<br><br>Defendants. | 8:18CV554<br><br>**MEMORANDUM AND ORDER** |

On September 30, 2019, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 7th day of November, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge